1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    STEVEN WAYNE BONILLA,                    No.  2:18-cv-00262 AC P

12                    Petitioner,

13           v.                               ORDER

14    SAN JOAQUIN COUNTY, et al.,

15                    Respondents.

16

17           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not filed a request to proceed in forma

19    pauperis or paid the court's filing fee.

20           Petitioner is incarcerated in San Quentin State Prison and was convicted in Alameda

21    County.  Both San Quentin State Prison in San Quentin, California, and Alameda County,

22    California, are in an area embraced by the United States District Court for the Northern District of

23    California.

24           Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of

25    confinement have concurrent jurisdiction over applications for habeas corpus filed by state

26    prisoners.  Because petitioner was not convicted in this district, and is not presently confined

27    here, this court does not have jurisdiction to entertain the application.

28    ////

1      Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

2 transferred to the United States District Court for the Northern District of California.  28 U.S.C. §

3 2241(d); 28 U.S.C. § 1406(a).

4 DATED: February 14, 2018

5 _____

    ALLISON CLAIRE

6     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28